UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>DWIGHT SAMUEL MULBERRY AND<br>JONI MICHELLE MULBERRY<br><br>    Debtor.<br>_____<br>ROGER AND SANDRA EWER,<br>    Plaintiffs,<br>vs.<br>DWIGHT SAMUEL MULBERRY<br>JONI MICHELLE MULBERRY,<br>    Defendants. | Case No. 23-10804-JGR<br><br>Chapter 7<br><br><br><br>Adv. Proc. No. 23-01138-JGR |

## SEVENTH STATUS REPORT PURSUANT TO ORDER HOLDING ADVERSARY PROCEEDING IN ABEYANCE

Dwight Samuel Mulberry and Joni Michelle Mulberry ("Defendants"), through undersigned counsel appearing through the Faculty of Federal Advocates, file this Seventh Status Report Pursuant to Order Holding Adversary Proceeding in Abeyance, and state as follows:

### BACKGROUND

1. On July 12, 2023, Roger and Sandra Ewer ("Plaintiffs") filed their First Amended Complaint to Determine Dischargeability of a Debt ("First Amended Complaint") [Docket No. 7].

2. On October 10, 2023, Defendants filed their Answer to First Amended Complaint. [Docket No. 14].

3. On November 20, 2023, the Court entered its scheduling order, in which it set certain pre-trial deadlines and a pretrial conference. [Docket No. 17].

4. No trial date has been set in this case.

5. On March 21, 2024, the Court entered an order holding this case abeyance and directing Defendants to file a status report on or before June 18, 2024, regarding the timing and charges in the criminal cases.

6. On June 18, 2024, Defendants filed their first status report.

7. On September 18, 2024, Defendants filed their second status report.

8. On December 18, 2024, Defendants filed their third status report.

9. On March 18, 2025, Defendants filed their fourth status report.

10. On June 27, 2025, Defendants filed their fifth status report.

11. On September 18, 2025, Defendants filed their sixth status report.

## THE CRIMINAL CASES

12. Defendants are the subjects of criminal cases in the El Paso County District Court, at case numbers 2024CV000886 (Dwight Mulberry) and 2024CV000900 (Joni Mulberry) that were commenced on March 4, 2024. Advisement, first appearance, and the entry of pleas have occurred in both cases. Counsel for Defendants is informed the charges in both cases still include charges related to the alleged underlying conduct that is the subject of this case and the operation of Craftsman Homes.

13. The State of Colorado voluntarily dismissed certain counts against the Defendants. On February 24, 2025, the Court dismissed other counts against the Defendants.

14. A hearing in the criminal cases occurred on April 21, 2025, at which the Defendants entered pleas of not guilty as to all remaining charges.

15. A motions hearing occurred on July 7, 2025, at which Defendants' pleas were withdrawn. A new arraignment hearing for defendants to enter their pleas occurred September 29, 2025. Defendants entered not guilty pleas.

16. Trial is currently scheduled to begin March 3, 2026, with a pre-trial readiness conference scheduled for February 23, 2026, and a motions hearing scheduled for January 26, 2026.

17. Defendants propose to file a status report on or before March 17, 2026.

Dated: December 31, 2025.                Respectfully submitted,

ONSAGER | FLETCHER | JOHNSON | PALMER LLC

*s/ Andrew D. Johnson*
Andrew D. Johnson, #36879
1801 California St., Suite 2400
Denver, Colorado 80202
Ph: (720) 457-7061
ajohnson@OFJlaw.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that on December 31, 2025, a copy of the foregoing was served on Plaintiff's counsel and anyone requesting electronic notice through CM/ECF pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

      *s/ Andrew D. Johnson*